AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY TERRELL LLOYDE<br>aka: LV<br><br>*Defendant* | ) Case No. 4:19-MJ-**391**<br>)<br>)<br>) 2:19-mj-565-BNW<br>)<br>) |

FILED
ENTERED
COUNSEL/PARTIES OF RECORD
RECEIVED
SERVED ON
AUG 01 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTHONY TERRELL LLOYDE   aka: LV
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1029(a)(2) & 1029(b)(2)  Conspiracy to commit access device fraud

18 U.S.C. 1028A  Aggravated Identity theft


Date:   07/26/2019  9:00 am                            _____
                                                        *Issuing officer's signature*

City and state:   Sherman, Texas                      Christine A. Nowak, U.S. Magistrate Judge
                                                        *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
JUL 26 2019

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj-565-BNW |
| ANTHONY TERRELL LLOYDE aka LV | ) | 4:19-MJ-391 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 10, 2018__ in the county of __Dallas__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1029(a)(2) (b)(2) | Conspiracy to commit access device fraud |
| 18 U.S.C. 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

George F. Sims / HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/26/2019  9:00am

_____
*Judge's signature*

City and state: Sherman, Texas

Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, George F. Sims, being duly sworn, depose and state the following:

1. I am a Special Agent with the Homeland Security Investigations and have been since May 2005. I am a graduate of the Criminal Investigator Training Program and the U.S. Immigration and Customs Enforcement Special Agent Training Academy. As a result of my employment with HSI, my duties include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code (U.S.C.). I am an "investigative or law enforcement officer of the United States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. Homeland Security Investigations (HSI) Dallas, is investigating a large criminal organization based out of New York, which is involved in a nation-wide identity theft and credit card fraud scheme. The organization purchases true person identities from sources to include the dark net. The organization then supplies multiple co-conspirators with matching fraudulent state identification documents and fraudulent credit cards. Co-conspirators then drive or fly to multiple cities to open instant credit accounts in the victim names, purchasing high value property to be resold.

3. I submit this affidavit in support of a criminal complaint for Anthony Terrell LLOYDE, aka, "LV" (DOB: XX-XX-1988). I submit that probable cause exists

Lloyde Complaint - Page 1

to charge this individual with the commission of one or more federal criminal offenses based upon the following facts that I have learned from my own investigation of this matter and from information supplied by other law enforcement officials. This affidavit is submitted for the limited purpose of securing a criminal complaint; therefore, I am not setting forth each and every fact known to me concerning this investigation. I am including what I believe are facts sufficient to establish probable cause for the complaint sought.

## PROBABLE CAUSE

4. On December 10, 2018, at approximately 12:20pm, Unnamed Subject #1, ("US#1"), arrived at Dallas, Ft. Worth (DFW) International Airport onboard American Airlines (AA) flight 1765 from Phoenix, AZ. US#1 was later arrested by DFW Department of Public Safety ("DFW-DPS") officers after attempting to rent a vehicle from the National car rental counter utilizing a fraudulent State of Illinois drivers license and a fraudulent credit card. The Illinois license contained US #1's photograph and the name and date of birth of an actual person, Victim A. The credit card was labeled "Chase Slate" however the card number belonged to "USAA". DFW officer Nixon read US#1 his Miranda warnings and questioned US#1. US#1 told officers that a friend named "LV" paid for his flight to Dallas and "LV" gave him the fraudulent license and credit card and asked him to rent a vehicle with the documents when US#1 arrived in Dallas. DFW-DPS officers searched US#1 and discovered a total of eleven (11) state identification cards and

Lloyde Complaint – Page 2

ten (10) additional fraudulent credit cards. Each identification depicted the photograph of US#1 but contained names and dates of birth for other actual persons. Officers also located a new, unopened 13-inch Apple Mac Book Pro serial # CO2XCFGDJHC8 and other merchandise in US#1's luggage.

5. Investigation showed this laptop was fraudulently purchased on December 9, 2018, from the Best Buy Store location, 10035 W McDowell Rd Avondale, AZ 85392. Further investigation revealed that the laptop was purchased using the true identity information of Victim B to open an instant credit account through CITI BANK, account #3527. The purchase price of the laptop was $1,799.99. Best Buy surveillance video was obtained which recorded the events of December 9, 2018. HSI Special Agents Sims and Jones reviewed the video and were able to identify US#1 at the location at the time of the fraudulent purchase.

6. Flight records were obtained and viewed which showed that US#1 flew from Phoenix, AZ to DFW Airport on December 10, 2018, on American Airlines (AA) flight 1765. Records showed that the ticket was purchased by Anthony LLOYDE. The reservation included Anthony LLOYDE's phone number 631-487-8360, address 1721 Wisteria Cir., Bellport, NY, email address bgeloui@icloud.com and method of payment. Flight records were obtained and viewed which showed that Anthony LLOYDE flew from Phoenix, AZ to DFW Airport on December 10, 2018, on American Airlines (AA) flight 1153.

7. On December 11, 2018, a state search warrant was applied for and granted to conduct a search of the cellular phone number 443-337-3786 in possession of

Lloyde Complaint -- Page 3

US#1. Data was extracted which showed the contact number for "LV" was 631-487-8360. The extraction also identified multiple text messages sent from "LV" 631-487-8360 to US#1 which contained true identifying information of individuals to include names, social security numbers, dates of birth, address, phone numbers and credit reports, including that of Victim A and Victim B.

8. A state arrest warrant was applied for and issued out of Tarrant County, Texas, for the arrest of Anthony LLOYDE for state violation of Texas Penal Code 32.51 (Fraudulent Use or Possession of Identifying Information).

9. Flight records were obtained and reviewed which showed Anthony LLOYDE had reserved a flight on Delta Airlines (DL) flight 5335, departing DFW-JFK on December 13, 2018. Flight records also showed LLOYDE had reserved and purchased an American Airlines (AA) flight 1253, DFW-LGA departing on December 13, 2018, for Unnamed Subject#2 ("US#2").

10. HSI agents received information that LLOYDE and US#2 had stayed at the Hyatt House, 2875 Parkwood Blvd Frisco, Texas room #525. After LLOYDE's December 13, 2018, arrest HSI agent R. Alarcon drove to the hotel and contacted hotel management. Management confirmed that LLOYDE and US#2 had stayed in room #525. Management advised that room #525 had just been cleaned and provided SA Alarcon with the trash removed from the room. SA Alarcon examined the bag and located three (3) discarded credit cards in the name of Victim C, a receipt from the Apple Stonebriar Center Store located in Frisco, Tx, for the purchase of two (2) iPhones valued at $2,379.34, on account number

Lloyde Complaint -- Page 4

ending 8574 ("#8574"), a receipt from the Apple Willow Bend Store located in Plano, Tx, for the purchase of a Apple Mac Book valued at $2,799.00, Apple air pods valued at $159.00 and an Apple watch valued at $529.00, account number ending in 5668 ("#5668"). Also located in the trash from the room were two (2) Delta Airline boarding passes in the name of Anthony LLOYDE dated November 29, 2018, and a FEDEX overnight shipping receipt dated December 7, 2018. The receipt showed three packages were sent and each package was going to a different city. Agent Alarcon also discovered two (2) Best Buy credit card application brochures and an additional FEDEX office receipt, dated December 12, 2018. This December 12th receipt identifies a package sent to Unnamed Subject#4 ("US#4") at 1721 Wisteria Cir. Bellport, NY 11713 from the FEDEX store located at 8290 State Highway 121 in Frisco, Tx.

11. On January 9, 2019, TFO T. Ellis obtained video surveillance from the Hyatt Place Frisco. The video was viewed, and agents were able to identify Anthony LLOYDE and US#2 checking into the hotel on December 12, 2018.

12. HSI agents contacted Barclay Bank investigator Adam Jeandell. Barclay Bank provides credit services for Apple Stores. Jeandell was provided the account numbers obtained from the receipts located in the trash from room #525, as referenced above in paragraph 10. Jeandell advised that account #5668 was a fraudulent account opened on December 11, 2018, in the name and social security number of Victim D and showed a loss of $3,774.68. Jeandell advised that

account # 8574 was a fraudulent account opened on December 12, 2018, in the name and social security number of Victim E and showed a loss of $2,379.34.

13. HSI agents contacted CITI Bank fraud investigator Brian Rozanski. CITI Bank provides credit services for Best Buy. Rozanski was provided victim information discovered from the Apple store fraudulent purchases. Rozanski identified a fraudulent account which was opened on December 12, 2018, utilizing the personal information of Victim D at the Best Buy store located at 5299 Eldorado Pkwy Frisco, Tx. Rozanski advised in this purchase a subject utilized the identity of Victim D to purchase an Apple computer valued at $1,949.49.

14. On January 22, 2019, SA Sims and Alarcon obtained surveillance video from the Stonebriar Mall, Frisco, Texas which covered the outside of the Apple Stonebriar store entrance on the date of the December 12, 2018 account #8574 offense. TFO Ellis and SA Alarcon viewed the video and believe the subject depicted in the video is US#2.

15. On December 14, 2018, SA Alarcon met with the FEDEX office store manager located at 8290 State Highway 121 in Frisco, Texas. SA Alarcon requested surveillance video to cover December 12, 2018, which is the date on the receipt located in the trash from the Hyatt House Hotel, as referenced above in paragraph 10. The surveillance video shows Anthony LLOYDE packaging multiple Apple products for shipment.

16. Based on the forgoing, there is probable cause to believe that Anthony LLOYDE (XX-XX-1988) and others have committed the following offenses in the Eastern district of Texas and elsewhere:

a. Conspiracy to commit access device fraud, insofar as LLOYDE and others conspired to use and traffic in unauthorized access devices, and by such conduct, obtain anything of value worth $1,000.00 or more within any one-year period, in violation of Title 18, United States Code, Section 1029(a)(2) and 1029 (b)(2); and,

b. Aggravated identity theft, insofar as Anthony LLOYDE and others knowingly transferred, possessed, and used the means of identification of another person, without lawful authority, during and in relation to conspiracy to commit access device fraud in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029 (b)(2), knowing that the means of identification belonged to an actual person, namely victim A, B, C, D and E in violation of Title 18 United States Code, Sections 1028A and 2.

George F. Sims, Special Agent
Department of Homeland Security

Subscribed and sworn to before me on July 26, 2019

CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF TEXAS